1  Teresa M. Beck
   Nevada Bar No. 15011
2  Taelor S. Evans
   Nevada Bar No. 14704
3  KLINEDINST PC
   501 West Broadway, Suite 600
4  San Diego, California 92101
   (619) 400-8000/FAX (619) 238-8707
5  tbeck@klinedinstlaw.com
   tevans@klinedinstlaw.com
6
7  Attorneys for Defendant
   CALIBER HOME LOANS, INC.
8  Kevin L. Hernandez, Esq.
   Nevada Bar No. 12594
9  LAW OFFICE OF KEVIN L. HERNANDEZ
   8920 W. Tropicana Avenue, Suite 101
10 Las Vegas, Nevada 89147
   (702) 563-4450/FAX (702) 552-0408
11 kevin@kevinhernandezlaw.com

12 Attorney for Plaintiffs LISA STAFFORD and
   MATTHEW STAFFORD
13

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| LISA STAFFORD, an individual; MATTHEW STAFFORD, an individual;, <br><br>Plaintiffs, <br><br>v. <br><br>CALIBER HOME LOANS, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; TRANS UNION LLC, a foreign limited-liability company; <br><br>Defendants. | Case No. 2:23-cv-0057-DJA <br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO THE COMPLAINT, FIRST REQUEST** <br><br>Complaint filed: January 10, 2023 |

Plaintiffs Lisa Stafford and Matthew Stafford ("Plaintiffs") and Defendant Caliber Home Loans, Inc. ("Caliber") (collectively, "the Parties"), by and through their respective undersigned counsel, hereby submit this Stipulation for Extension of Time to Respond to the Complaint, in light of the following facts:

**RECITALS**

Plaintiffs initiated this matter by filing a Complaint in the United States District Court, District of Nevada, on January 10, 2023 against Caliber. (ECF No. 1). Caliber was served with the Complaint on or about January 12, 2023, and therefore pursuant to the Federal Rules of Civil Procedure, a response to the Complaint is due from Caliber on February 2, 2023.

The Parties have agreed to extend Caliber's time to respond to the Complaint by 4 weeks to March 2, 2023, which will give Caliber time to investigate the allegations and claims set forth in the Complaint, and for the Parties to consider early dispute resolution.

This is the first stipulation filed by the Parties for an extension of time to respond to the Complaint.

Based on the foregoing, there is good cause to extend Caliber's time to respond to the Complaint to March 2, 2023.

**STIPULATION**

**THEREFORE**, the Parties, by and through their respective undersigned counsel, stipulate and agree to the above-referenced extension, and respectfully request the Court enter this stipulation as an order:

**SO STIPULATED.**

KLINEDINST PC

DATED: January 25, 2023      By:   */s/ Teresa M. Beck*
                                   Teresa M. Beck
                                   Taelor S. Evans
                                   Attorneys for Defendant,
                                   CALIBER HOME LOANS, INC.

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

LAW OFFICE OF KEVIN L. HERNANDEZ

DATED: January 25, 2023        By: */s/ Kevin L. Hernandez*
　　　　　　　　　　　　　　　　　　Kevin L. Hernandez, Esq.
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs LISA STAFFORD and
　　　　　　　　　　　　　　　　　　MATTHEW STAFFORD

## ORDER

**IT IS SO ORDERED**:

DATED: January 27th, 2023

_____
UNITED STATES MAGISTRATE JUDGE

Teresa M. Beck, Nevada Bar No. 15011
Taelor S. Evans, Nevada Bar No. 14704
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 400-8000/FAX (619) 238-8707
tbeck@klinedinstlaw.com
tevans@klinedinstlaw.com

Attorneys for Defendant,
CALIBER HOME LOANS, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| LISA STAFFORD, an individual; MATTHEW STAFFORD, an individual;, <br><br> Plaintiffs, <br><br> v. <br><br> CALIBER HOME LOANS, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; TRANS UNION LLC, a foreign limited-liability company;, <br><br> Defendants. | Case No. 2:23-cv-0057 <br><br> **PROOF OF SERVICE** |

# CERTIFICATE OF SERVICE

**Lisa Stafford, et al. vs. Caliber Home Loans, Inc., et al.**
**2:23-cv-0057**

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 501 West Broadway, Suite 600, San Diego, California 92101.

On January 27, 2023, I served true copies of the following document(s) described as **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO THE COMPLAINT, FIRST REQUEST** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 27, 2023, at San Diego, California.

*/s/ Patricia A. Schussler*
Patricia A. Schussler

**SERVICE LIST**
**Lisa Stafford, et al. vs. Caliber Home Loans, Inc., et al.**
**2:23-cv-0057**

Kevin L. Hernandez, Esq.
LAW OFFICE OF KEVIN L. HERNANDEZ
8920 W. Tropicana Avenue. Suite 101
Las Vegas, NV 89147
kevin@kevinhernandezlaw.com