GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LISA STAFFORD and MATTHEW STAFFORD,<br><br>  Plaintiffs,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, and CALIBER HOME LOANS, INC.<br><br>  Defendants. | Case No. 2:23-CV-00057-DJA<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiffs have no opposition.  Accordingly, pursuant to LR IA 6-1, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from February 2, 2023 through and including **February 16, 2023**.  The request was made by Equifax so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiffs approve.  Equifax and Plaintiffs also make this request because this extension will allow the parties to explore early resolution of the case without expending unnecessary attorney's

1  fees and costs. This stipulation is filed in good faith and not intended to cause delay.

2        Respectfully submitted, this 31st day of January, 2023.

3

4  CLARK HILL PLLC                                 <u>**No opposition**</u>

5  By: /s/ *Gia N. Marina*                         /s/ *Kevin L. Hernandez*

6  GIA N. MARINA                                   Kevin L. Hernandez
Nevada Bar No. 15276                      Nevada Bar No. 12594

7  3800 Howard Hughes Pkwy,           LAW OFFICE OF KEVIN L.
Suite 500                                             HERNANDEZ

8  Las Vegas, NV 89169                         8920 W. Tropicana Avenue, Suite 101
Tel: (702) 862-8300                            Las Vegas, NV 89147

9  Fax: (702) 778-9709                           Phone: (702) 563-4450
Email: jthompson@clarkhill.com         Fax: (702) 552-0408

10                                                      Email: kevin@kevinhernandezlaw.com

11  *Attorney for Defendant Equifax Information Services LLC*                 *Attorney for Plaintiffs*

12

13

14

15  IT IS SO ORDERED:

16  [signature]

17  _____
United States Magistrate Judge

18  DATED: February 1, 2023
             _____

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 31st day of January, 2023, via the Court's CM/ECF system, upon all counsel of record.

By: /s/ Gia N. Marina
GIA N. MARINA
Nevada Bar No. 15276
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 778-9709
Email: gmarina@clarkhill.com