Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LISA STAFFORD, an individual; MATTHEW STAFFORD, an individual;<br><br>　　　　　　　　　　Plaintiffs;<br><br>v.<br><br>CALIBER HOME LOANS, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; TRANS UNION LLC, a foreign limited-liability company;<br><br>　　　　　　　　　　Defendants. | Case No.: 2:23-cv-00057-GMN-DJA<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT CALIBER HOME LOANS, INC. WITH PREJUDICE** |

　　Plaintiffs, Lisa Stafford and Matthew Stafford ("Plaintiffs"), and Defendant, Caliber Home Loans, Inc. ("Caliber") (collective referred to as the "Parties") have resolved all claims, disputes, and differences between the Parties.

　　Therefore, the Parties, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice

///

///

///

///

///

///

///

under FRCP 41(a) as to Caliber, with Plaintiffs and Caliber bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: March 31, 2023

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
***Attorney for Plaintiffs***

Dated: March 31, 2023

**KLINEDINST PC**

*/s/ Teresa M. Beck*
Teresa M. Beck, Esq.
Nevada Bar No. 15011
Taelor S. Evans, Esq.
Nevada Bar No. 14704
501 West Broadway, Suite 600
San Diego, CA 92101
tbeck@klinedinstlaw.com
tevans@klinedinstlaw.com
***Attorneys for Defendant Caliber Home Loans, Inc.***

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: April 3, 2023